1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  KEVIN J. BARRY  (CABN 229748)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: kevin.barry@usdoj.gov
8
   Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                             SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )    No. CR 12-0406 MMC
                                    )
15         Plaintiff,                )
                                    )
16         v.                        )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER CHANGING HEARING DATE**
17 JOHNNY RAY BURTON, and            )    **AND EXCLUDING TIME**
   DAWN MCCANN,                      )
18                                   )
           Defendants.                )
19 _____

20

21

22     The Court has set November 14, 2012, as the date for a further status hearing or a change

23 of plea in this matter.  The parties have been waiting for additional discovery, namely, the DEA

24 Lab Report on the testing of the controlled substance at issue, Gamma-Hydroxybutyric Acid

25 (GHB).  The DEA only recently provided this report, and it will be produced to the defendants

26 shortly.  The parties respectfully request that the hearing be put over to January 16, 2013, for a

27 possible change of plea or motions and trial setting hearing.

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

The parties further request that time between these dates be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: November 13, 2012                         /s/
                                        KEVIN J. BARRY
                                        Assistant United States Attorney

DATED: November 13, 2012                         /s/
                                        JULIA MEZHINSKY JAYNE
                                        Attorney for JOHNNY RAY BURTON

DATED: November 13, 2012                         /s/
                                        GEORGE BOISSEAU
                                        Attorney for DAWN MCCANN

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 14, 2012 through January 16, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

Further, the status conference is CONTINUED from November 14, 2012 to January 16, 2013, at 2:15 p.m.

IT IS SO ORDERED.

DATED: November 14, 2012                         
                                        THE HONORABLE MAXINE M. CHESNEY
                                        United States District Judge