1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    KEVIN J. BARRY  (CABN 229748)
     Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: kevin.barry@usdoj.gov
8
     Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )    No. CR 12-0406 MMC
                                        )
15          Plaintiff,                   )
                                        )
16          v.                           )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER CHANGING HEARING DATE**
17   JOHNNY RAY BURTON, and              )    **AND EXCLUDING TIME**
     DAWN MONIQUE MCCANN                 )
18                                       )
            Defendant.                   )
19   _____ )

20

21          The Court has set January 16, 2013 as the date for a further status hearing.  The

22   government has recently executed a search of the defendants' phones and will be producing the

23   results of that search shortly.  The parties request time to review this new discovery.  With

24   respect to timing, counsel for the defense and the government have multiple trials scheduled in

25   the near future, and they request that the Court set the next status hearing for March 13, 2013, at

26   which time the parties anticipate either changes of plea or motions / trial setting.

27          The parties further request that time between these dates be excluded from any time

28   limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation and continuity

     STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
     CR 12-0406 MMC

of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 15, 2013                    _____/s/_____
                                           KEVIN J. BARRY
                                           Assistant United States Attorney

DATED: January 15, 2013                    _____/s/_____
                                           JULIA MEZHINSKY JAYNE
                                           Attorney for JOHNNY RAY BURTON

DATED: January 15, 2013                    _____/s/_____
                                           GEORGE BOISSEAU
                                           Attorney for DAWN MONIQUE MCAN

## [PROPOSED] ORDER

For the reasons stated above, the Court moves the next status hearing from January 16, 2013 to March 13, 2013 and finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 16, 2013 through March 13, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, resulting in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 16, 2013

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge