1  JULIA M. JAYNE (State Bar No. 202753)
   E-Mail:  *julia@jaynelawgroup*
2  JAYNE LAW GROUP, PC
   425 California Street, Suite 550
3  San Francisco, California 94104
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorneys for Defendant
   JOHNNY RAY BURTON
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

10
   UNITED STATES OF AMERICA,              No. CR 12-0406 MMC
11
                     Plaintiff,
12                                         **STIPULATION AND ~~[PROPOSED]~~
          v.                               ORDER CHANGING HEARING DATE
13                                         AND EXLUDING TIME ~~[AMENDED]~~**

14  JOHNNY RAY BURTON, and
    DAWN MCCANN
15
                     Defendants.
16

17

18

19

20        The Court has set July 10, 2013 as the date for a further status hearing or a change of plea

21  in this matter. As per Judge Chesney's unavailability and the parties' pre-trial discussions, the

22  parties will be prepared for changes of plea or motions / trial setting in four weeks, on August 14,

23  2013.

24        The parties further request that time between these dates be excluded from any time limits

25  applicable under 18 U.S.C. § 3161, for the purpose of effective preparation. *See* 18 U.S.C. §

26  3161(h)(7)(B)(iv).

27

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

J A Y N E   L A W   G R O U P ,   P . C .
4 2 5   C A L I F O R N I A   S T ,   S U I T E   5 5 0
S A N   F R A N C I S C O ,   C A   9 4 1 0 4

1  SO STIPULATED:

2                                          MELINDA HAAG
                                           United States Attorney
3

4  DATED: July 12, 2013                    /s/
                                           _____
5                                          KEVIN J. BARRY
                                           Assistant United States Attorney
6

7  DATED: July 12, 2013                    /s/
                                           _____
8                                          JULIA MEZHINSKY JAYNE
                                           Attorney for JOHNNY RAY BURTON
9

10 DATED: July 12, 2013                    /s/
                                           _____
11                                         GEORGE BOISSEAU
                                           Attorney for DAWN MCCANN
12

13                                 [PROPOSED] ORDER

14         For the reasons stated above, the Court sets a change of plea or motions / trial setting date

15 for August 14, 2013. It also finds that exclusion from the time limits applicable under 18 U.S.C. §

16 3161 of the period from July 10, 2013 through August 14, 2013, is warranted and that the ends of

17 justice served by the continuance outweigh the best interests of the public and the defendant in a

18 speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would

19 deny counsel for the defendant and for the government the reasonable time necessary for effective

20 preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice.

21 18 U.S.C. § 3161(h)(7)(B)(iv).

22         IT IS SO ORDERED.

23

24

25

26 DATED:  July 15 , 2013                   _____
                                           THE HONORABLE MAXINE M. CHESNEY
27                                         United States District Judge

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 12-0406 MMC, United States v. Johnny Ray Burton and Dawn McCann

JAYNE LAW GROUP, P.C.
425 CALIFORNIA ST. SUITE 550
SAN FRANCISCO, CA 94104