# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: |
| vs. | CR 12-00406-002 MMC |
| JOHNNY RAY BURTON | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

ON MOTION OF THE COURT, defendant's supervised release conditions are modified to include that the defendant shall reside at the residential reentry center for one month as directed by the probation officer. Special condition number two related to the offender's placement on home detention is hereby vacated. All other terms and conditions of supervised release shall remain in place.

Date: April 30, 2015

Maxine M. Chesney
Senior United States District Judge